**United States Bankruptcy Court**
**Central District of California**

In re  John P Grant
       Paula Marie Grant
                                                                Case No. _____
                            Debtor(s)                           Chapter   7

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, __John P Grant__, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, __Paula Marie Grant__, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

■  I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐  I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐  I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  3/29/09                        Signature  _____
                                                John P Grant
                                                Debtor

Date  3/29/09                        Signature  _____
                                                Paula Marie Grant
                                                Joint Debtor

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463
APPLE VALLEY, CA 92307

3/6/2009

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>3/1/2009 | STUB NO.<br>D31180 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 40.00 | 774.40 | 6,369.44 |
| OVERTIME | | 0.00 | 0.00 | 183.92 |
| PER DIEM | | 0.00 | 200.00 | 1,500.00 |
| FRINGE | | 0.00 | 70.00 | 575.75 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 25.54 | 272.63 |
| FICA | | | 52.35 | 441.99 |
| Medicare | | | 12.24 | 103.35 |
| CA State W/H | | | 8.36 | 87.28 |
| CA State DI | | | 8.94 | 75.58 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | 31.33 | 258.87 |
| UNION DUES | | | 8.31 | 66.48 |
| ** DIRECT DEPOSITS | | | | |
| WELLS FARGO | | | 897.33 | 7,322.93 |

| | | | | |
|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 897.33 | 7,322.93 |
| GROSS EARNINGS: | 1,044.40 | 8,629.11 | TOTAL DEDUCT: | 147.07 | 1,306.18 |
| NET EARNINGS: | 897.33 | | | | |

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463
APPLE VALLEY, CA  92307

2/13/2009

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>2/8/2009 | STUB NO.<br>D30375 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 55.00 | 1,064.80 | 5,595.04 |
| OVERTIME | | 15.00 | 145.20 | 183.92 |
| PER DIEM | | 0.00 | 250.00 | 1,300.00 |
| FRINGE | | 0.00 | 96.25 | 505.75 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 90.33 | 247.09 |
| FICA | | | 80.99 | 389.64 |
| Medicare | | | 18.94 | 91.11 |
| CA State W/H | | | 27.45 | 78.92 |
| CA State DI | | | 13.86 | 66.64 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | | |
| UNION DUES | | | 46.69 | 227.54 |
| ** DIRECT DEPOSITS | | | 8.31 | 58.17 |
| WELLS FARGO | | | | |
| | | | 1,269.68 | 6,425.60 |

| CHECK AMOUNT: | 0.00 | | | |
|---|---|---|---|---|
| GROSS EARNINGS: | 1,556.25 | 7,584.71 | TOTAL DIR DEP: | 1,269.68 | 6,425.60 |
| NET EARNINGS: | 1,269.68 | | TOTAL DEDUCT: | 286.57 | 1,159.11 |

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463
APPLE VALLEY, CA  92307

2/6/2009

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>1/25/2009 | STUB NO.<br>D30143 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 40.00 | 774.40 | 4,530.24 |
| OVERTIME | | 0.00 | 0.00 | 38.72 |
| PER DIEM | | 0.00 | 200.00 | 1,050.00 |
| FRINGE | | 0.00 | 147.00 | 409.50 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 34.56 | 156.76 |
| FICA | | | 57.13 | 308.65 |
| Medicare | | | 13.36 | 72.17 |
| CA State W/H | | | 9.85 | 51.47 |
| CA State DI | | | 9.77 | 52.78 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | | |
| UNION DUES | | | 33.64 | 180.85 |
| ** DIRECT DEPOSITS | | | 8.31 | 49.86 |
| WELLS FARGO | | | | |
| | | | 954.78 | 5,155.92 |

| CHECK AMOUNT: | 0.00 | | | |
|---|---|---|---|---|
| GROSS EARNINGS: | 1,121.40 | 6,028.46 | TOTAL DIR DEP: | 954.78  5,155.92 |
| NET EARNINGS: | 954.78 | | TOTAL DEDUCT: | 166.62  872.54 |

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463
APPLE VALLEY, CA  92307

1/30/2009

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>1/25/2009 | STUB NO.<br>D29884 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 40.00 | 774.40 | 3,755.84 |
| OVERTIME | | 0.00 | 0.00 | 38.72 |
| PER DIEM | | 0.00 | 400.00 | 850.00 |
| FRINGE | | 0.00 | -130.00 | 262.50 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 5.54 | 122.20 |
| FICA | | | 39.95 | 251.52 |
| Medicare | | | 9.34 | 58.81 |
| CA State W/H | | | 4.36 | 41.62 |
| CA State DI | | | 6.74 | 43.01 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | | |
| UNION DUES | | | 31.33 | 147.21 |
| ** DIRECT DEPOSITS | | | 8.31 | 41.55 |
| WELLS FARGO | | | | |
| | | | 938.83 | 4,201.14 |

| | | | | | |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 938.83 | 4,201.14 |
| GROSS EARNINGS: | 1,044.40 | 4,907.06 | TOTAL DEDUCT: | 105.57 | 705.92 |
| NET EARNINGS: | 938.83 | | | | |

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463
APPLE VALLEY, CA 92307

1/23/2009

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>1/18/2009 | STUB NO.<br>D29576 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 44.00 | 851.84 | 2,981.44 |
| OVERTIME | | 4.00 | 38.72 | 38.72 |
| PER DIEM | | 0.00 | 0.00 | 450.00 |
| FRINGE | | 0.00 | 200.00 | 392.50 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 60.07 | 116.66 |
| FICA | | | 67.61 | 211.57 |
| Medicare | | | 15.81 | 49.47 |
| CA State W/H | | | 16.19 | 37.26 |
| CA State DI | | | 11.64 | 36.27 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | | |
| UNION DUES | | | 32.72 | 115.88 |
| ** DIRECT DEPOSITS | | | 8.31 | 33.24 |
| WELLS FARGO | | | | |
| | | | 878.21 | 3,262.31 |

| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 878.21 | 3,262.31 |
| GROSS EARNINGS: | 1,090.56 | 3,862.66 | TOTAL DEDUCT: | 212.35 | 600.35 |
| NET EARNINGS: | 878.21 | | | | |

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463
APPLE VALLEY, CA 92307

1/16/2009

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>1/11/2009 | STUB NO.<br>D29347 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 40.00 | 774.40 | 2,129.60 |
| PER DIEM | | 0.00 | 200.00 | 450.00 |
| FRINGE | | 0.00 | 70.00 | 192.50 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 25.54 | 56.59 |
| FICA | | | 52.35 | 143.96 |
| Medicare | | | 12.24 | 33.66 |
| CA State W/H | | | 8.36 | 21.07 |
| CA State DI | | | 8.94 | 24.63 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | 31.33 | 83.16 |
| UNION DUES | | | 8.31 | 24.93 |
| ** DIRECT DEPOSITS | | | | |
| WELLS FARGO | | | 897.33 | 2,384.10 |

| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 897.33 | |
|---|---|---|---|---|---|
| GROSS EARNINGS: | 1,044.40 | 2,772.10 | TOTAL DEDUCT: | 147.07 | 2,384.10 |
| NET EARNINGS: | 897.33 | | | | 388.00 |

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463
APPLE VALLEY, CA 92307

1/9/2009

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>1/4/2009 | STUB NO.<br>D29096 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 40.00 | 774.40 | 1,355.20 |
| PER DIEM | | 0.00 | 100.00 | 250.00 |
| FRINGE | | 0.00 | 70.00 | 122.50 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 25.84 | 31.05 |
| FICA | | | 52.35 | 91.61 |
| Medicare | | | 12.24 | 21.42 |
| CA State W/H | | | 8.42 | 12.71 |
| CA State DI | | | 8.98 | 15.69 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | 28.33 | 51.83 |
| UNION DUES | | | 8.31 | 16.62 |
| ** DIRECT DEPOSITS | | | | |
| WELLS FARGO | | | 799.93 | 1,486.77 |

| | | | | |
|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 799.93 | |
| GROSS EARNINGS: | 944.40 | 1,727.70 | TOTAL DEDUCT: | 144.47 | 1,486.77 |
| NET EARNINGS: | 799.93 | | | | 240.93 |

HCI, INC.
P.O. BOX 638
NORCO, CA 92860

# DIRECT DEPOSIT ADVICE

JOHN GRANT
P.O. BOX 2463                                          1/2/2009
APPLE VALLEY, CA   92307

| 01-0020942 | SOCIAL SEC NO<br>###-##-1949 | PAY RATE<br>16.000 HW | PERIOD END<br>12/28/2008 | STUB NO.<br>D28870 |
|---|---|---|---|---|
| ** EARNINGS | | HOURS | AMOUNT | YTD |
| REGULAR | | 30.00 | 580.80 | 580.80 |
| PER DIEM | | 0.00 | 150.00 | 150.00 |
| FRINGE | | 0.00 | 52.50 | 52.50 |
| ** TAX DEDUCTIONS | | | | |
| Federal W/H | | | 5.21 | 5.21 |
| FICA | | | 39.26 | 39.26 |
| Medicare | | | 9.18 | 9.18 |
| CA  State W/H | | | 4.29 | 4.29 |
| CA  State DI | | | 6.71 | 6.71 |
| ** DEDUCTIONS | | | | |
| 401K Union | | | 23.50 | 23.50 |
| UNION DUES | | | 8.31 | 8.31 |
| ** DIRECT DEPOSITS | | | | |
| WELLS FARGO | | | 686.84 | 686.84 |

| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 686.84 | 686.84 |
|---|---|---|---|---|---|
| GROSS EARNINGS: | 783.30 | 783.30 | TOTAL DEDUCT: | 96.46 | 96.46 |
| NET EARNINGS: | 686.84 | | | | |

| Stub # | Name | SSA# | Week Paid | Amount |
|---|---|---|---|---|
| 38464 | P. GRANT / CLAIM EXPIRES | 09-12-09 | 01-10-09 / 01-17-09 | $308.00 / $308.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $2772.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.    DETACH THIS STUB FOR YOUR RECORD

| 79139 | P. GRANT / CLAIM EXPIRES | SSA# 09-12-09 | 01-24-09 / 01-31-09 | $308.00 / $308.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $2156.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.    DETACH THIS STUB FOR YOUR RECORD

41289828

| 68590 | P. GRANT / CLAIM EXPIRES | SSA# 09-12-09 | 02-07-09 / 02-14-09 | $308.00 / $308.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $1540.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.    DETACH THIS STUB FOR YOUR RECORD

42447734

| 92596 | J. GRANT / CLAIM EXPIRES | SSA# 05-30-09 | 02-21-09 | $450.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $11250.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.    DETACH THIS STUB FOR YOUR RECORD

43583871

| 88122 | P. GRANT / CLAIM EXPIRES | SSA# 09-12-09 | 02-21-09 / 02-28-09 | $308.00 / $308.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $924.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.

44103884

| 87116 | P. GRANT / CLAIM EXPIRES | SSA# 09-12-09 | 12-27-08 / 01-03-09 | $308.00 / $308.00 |

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS $3388.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING

ALLOW 10 DAYS FOR DELIVERY OF CHECK.    DETACH THIS STUB FOR YOUR RECORD

40320512